# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
ADRIENNE LEA MILLER, as Administrator of the
Estate of KATHERINE LEA MILLER, deceased,           Docket

                                                                                                      ***Petition for Removal***

                                      Plaintiff(s),
       -against-

CHARLES A. TUCKER and FERRARO FOODS
TRANSPORT CORP.,
                                      Defendants.

----------------------------------X

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
       COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

The Petitioners, CHARLES A. TUCKER and FERRARO FOODS TRANSPORT CORP., defendants in this action, by their attorneys, MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, respectfully shows this Court:

      1.     The Petitioners are the defendants in the instant action.

      2.     An action was commenced by Summons and Complaint dated May 27, 2020, against the Petitioners in the Supreme Court, County of New York, entitled *ADRIENNE LEA MILLER, as Administrator of the Estate of KATHERINE LEA MILLER, deceased v. CHARLES A. TUCKER and FERRARO FOODS TRANSPORT CORP.*, a copy of the Summons and Complaint is annexed hereto as Exhibit "A".

      3.     This Summons and Complaint was, according to the affidavit of service, served upon FERRARO FOODS TRANSPORT CORP., on or about June 15, 2020.

      4.     Attached hereto as Exhibit "B" is a copy of the proposed answer and affirmative defenses.

5. The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one that may be removed to this Court by Petitioners, the defendants herein, pursuant to the provision of 28 U.S.C. §1441, in that it is a civil action and the plaintiff alleges that the matter in controversy exceeds the value of $75,000.00 (seventy-five thousand dollars) exclusive of interest and costs, and is between citizens of different states.

6. The plaintiff resides in the State of Pennsylvania, County of Lancaster.

7. Petitioner FERRARO FOODS TRANSPORT CORP. at the time the action was commenced, was and still is a corporation organized exclusively under the laws of the State of New Jersey and having its principal place of business in, Middlesex County, Piscataway, New Jersey.

8. Petitioner, CHARLES A. TUCKER, an individual, resides in Somerset County, Manville, New Jersey.

8. WHEREFORE, CHARLES A. TUCKER and FERRARO FOODS TRANSPORT CORP., pray that the action now pending against it in the Supreme Court of the State of New York, County of New York, be removed therefrom to the United States District Court for the Southern District of New York, and for such other and further relief this Court deems just and proper.

Dated: Melville, New York
June 26, 2020

Yours, Etc.,

MARSHALL, DENNEHEY, WARNER
COLEMAN & GOGGIN, P.C.

By: _____
MARTIN A. SCHWARTZBERG
*Attorneys For Defendants*
CHARLES A. TUCKER and FERRARO
FOODS TRANSPORT CORP.

105 Maxess Road, Suite 303
Melville, New York 11747
(631) 232-6130
Our File No.: 21219.00359

TO: **ALL ATTORNEYS APPEARING ON THE NYSCEF WEBSITE**