LAW OFFICES
# GOLOMB & LONGO, PLLC

370 LEXINGTON AVENUE
SUITE 908
NEW YORK, N.Y. 10017

DAVID B. GOLOMB
FRANK A. LONGO*
*ADMITTED IN N.Y. AND CT.

TEL. (212) 661-9000
FAX (212) 661-6181

November 1, 2021

**Via ECF**
Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
Unites States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **Miller v. Ferraro Foods Transport Corp., et ano.**
Case No.: 1:20 - cv - 04908 (NRB)

Dear Judge Buchwald:

As directed at the last conference, we write to report how the parties will proceed in this matter. Plaintiffs have determined that they do not wish to engage in mediation at this time and want to proceed with discovery.

The following is our proposed schedule, created jointly with defense counsel:

- By November 30, 2021, defendants to respond to plaintiffs' outstanding First Request for Production of Documents;
- By January 14, 2022, defendants to depose Mrs. Adrienne Miller (remotely);
- By January 28, 2022, defendant driver, Charles A. Tucker, to be deposed (remotely), deposition to be videotaped;
- By February 11, 2022, defendant, Ferraro Foods Transport Corp., to be deposed by an individual with appropriate knowledge regarding defendant Tucker's employment/personnel files and history, the company's safety training procedures and practices and related topics;
- February 28, 2022 – fact discovery to be completed;
- ~~Date to be determined – Status conference.~~ Parties to file a status letter with the Court on March 8, 2022 NRB

We hope that this schedule meets the approval of this Court. If so, please be kind enough to "so order" this letter. Thank you for your anticipated attention to this matter.

*So Ordered.*
*Naomi Reice Buchwald, USDJ*
*11/2/21*

Respectfully,

David B. Golomb

cc: Martin A. Schwartzberg, Esq.
(via ECF)